United States Courts
Southern District of Texas
FILED

JUN 14 2019

David J. Bradley, Clerk of Court

Appendix A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
Galveston DIVISION

Norberto Atencio

versus

Port America

§
§
§
§
§
§
§

CIVIL ACTION NO. _____

## EMPLOYMENT DISCRIMINATION COMPLAINT

1. This action is brought under Title VII of the Civil Rights Act of 1964 for employment discrimination. Jurisdiction is conferred by Title 42 United States Code, Section § 2000e-5.

2. The Plaintiff is: Norberto Atencio

   Address: 2420 Winnie St
   Galveston, texas 77550

   County of Residence: 

3. The defendant is: Port America

   Address: 3828 Wharf Rd
   Galveston, TX. 77550

☐ Check here if there are additional defendants. List them on a separate sheet of paper with their complete addresses.

4. The plaintiff has attached to this complaint a copy of the charges filed on ___NO___ with the Equal Opportunity Commission.

5. On the date of ___May 18, 2019___, the plaintiff received a Notice of Right to Sue letter issued by the Equal Employment Opportunity Commission; a copy is attached.

6. Because of the plaintiff's:

    (a) ☐ race

    (b) ☐ color

    (c) ☐ sex

    (d) ☐ religion

    (e) ☒ national orgin,

the defendant has:

    (a) ☒ failed to employ the plaintiff

    (b) ☒ terminated the plaintiff's employment

    (c) ☒ failed to promote the plaintiff

    (d) ☒ other: __Discrimination under ADA Acts, title III title VII__

7. When and how the defendant has discriminated against the plaintiff:

I had accident work to Port America 10.15.18. They have Paid me the Worke compensation. And send to the Local 20 latter to they no give me more Job to until Can work 100%.

8. The plaintiff requests that the defendant be ordered:

    (a) ☒ to stop discriminating against the plaintiff

    (b) ☒ to employ the plaintiff

    (c) ☒ to re-employ the plaintiff

    (d) ☒ to promote the plaintiff

(e) ☒ to <u>under ADA cts.</u>

<u>Intentional discrimination</u>, dont Pay. for worker Compensation accident. 10/15/2018. <u>damage and dismissal from wor</u> and that;

(f) ☒ the Court grant other relief, including injunctions, damages, costs and attorney's fees.

_[signature]_
(Signature of Plaintiff)

Address: 2420 Winnie st, Galveston, TX 77550

Telephone: 832-818-5110

Appendix B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
_____ DIVISION

Norberto Atencio

versus

Port America

CIVIL ACTION NO. _____

ORIGINAL COMPLAINT

I normally do work for Port America through the I.L.A Local union 20. Galveston, Texas. The day 10.15.2018 time 16.50 I have accident we was work in the boat at Peir 10. of Galveston Port. Then I talk to the Superintendent He made the accident Report And took me to the emergency clinic. I had a checkup included the drug test. At the Third appointment with the doctor, they told me that the company would not pay for the exams and the medical exam. I started the fight with the work compensation. I went to se a doctor at the clinic. Coastal Health & Wellness through From to: Our Daily Bread they helped me with medical help. That day 03/22/2019

The Coastal Health & Wellness Clinic: they send me to work but with Restriction: no prolonged standing and climbing.

The Port America send email to Local 20 Galveston, Tx. to not hire me for that company. at May 18, 2019.

Violating my right to work and the ADA. acts.

Atencio

From: Elliott Crist (Elliott.Crist@portsamerica.com)

To: htorresila20@yahoo.com

Cc: galvestonmgrs@portsamerica.com; William.Barrett@portsamerica.com

Date: Saturday, May 18, 2019, 08:37 AM CDT

Good morning Mr. Torres,

Until this worker obtains a full duty release without restrictions, Ports America will not accept him for any operations.

Thank you,
Elliott

> On May 18, 2019, at 8:25 AM, Henry Torres <htorresila20@yahoo.com> wrote:
>
> this is from gulf steve
>
> ----- Forwarded Message -----
> From: Henry Torres <htorresila20@yahoo.com>
> To: Elliott Crist <elliott.crist@portsamerica.com>
> Sent: Saturday, May 18, 2019, 08:22:28 AM CDT
> Subject:
>
>
> ----- Forwarded Message -----
> From: Henry Torres <htorresila20@yahoo.com>
> To: Mike Lynch <mike@gulfsteve.com>; Mike Nelson <mike.nelson@metrocruiseservices.com>
> Sent: Saturday, May 18, 2019, 07:56:10 AM CDT
> Subject:
>
>
> <5-18-2018 letter atencio.pdf>

409-938-2234 or 281-309-0255

# Coastal Health & Wellness
*Serving, Healing, Caring*

03/22/2019

To Whom It May Concern:

Norberto Atencio is currently under my medical care and may not return to work at this time.

Please excuse Norberto for .1 day

He may return to work on 03/25/2019.

Activity is restricted as follows: no prolonged standing and climbing .

If you require additional information please contact our office.

Sincerely,

*Provider:*
Varghese, Jija  03/22/2019 2:08 PM

**Document generated by: Jija Varghese FNP  03/22/2019**

**PO BOX 939 - LA MARQUE, TEXAS 77568 - (409) 938-2234**

Atencio, Norberto Jose.  000000070318 05/10/1968 03/22/2019 01:40 PM Page: 1/1

INTERNATIONAL LONGSHOREMEN'S ASSOCIATION
& WEST GULF MARITIME ASSOCIATION

# Drug & Alcohol Test Notification Form

ATTENTION COLLECTION SITE: This is your authorization to perform services.
Payment will be rendered by USAMDT of Houston based on (1) valid test results, (2) proper protocol used when testing, and (3) documentation for services requested below.

**Notice:**
- Time of Notice: 16:20 a.m./**p.m.**
- Date: 10.15.18
- Location: Ports America - Galveston
- Managing Company: Ports America
- Full Address: 3828 Wharf Rd Galveston, TX 77550

Must Report to Clinic By:
- Date: 10.15.18
- Time: 16:50 a.m./**p.m.**

**Workers Information:**
- Full Name: Norbity Atenco
- ILA Work #: 153443
- Phone Number: 409 457 9990
- ILA Local #: 20

**Medical Facility:**
- Clinic Name: West Isle Urgent Care
- Address: 2027 61st Street Galveston, TX 77551
- Phone: 409-744-9800

**Test Type (Both Tests Are Always Required):**
- [✓] Breath Alcohol Test (BAT)
- [✓] Drug Test    Lab: Quest Diagnostics Acct # 10291558 Panel # 46633N

**NOTE: Direct Observation & Split Specimen Collections Always Required**

**Reason For Test:**
- [X] Post Accident
- [ ] Reasonable Suspicion
- [ ] Other: _____

**Testing Authorization Information:**
READ TO THE WORKER: You are notified to appear to the facility above for a drug test as required by the WGMA/ILA Policy on Drugs. Failure to submit to a direct observation drug and alcohol test as specified in this notice or a failure to sign all required forms violates the WGMA/ILA Policy on Drugs and is treated as a refusal to test (same as a positive drug test result). A photo ID is required to take the drug test: Drivers License or TWIC.

| Workers Signature | Printed Name: Norbity Atenco | Telephone Number: 409 457-9990 |

**Requesting Manager**

| Superintendent / Manager Signature | Printed Name: Travis Rhodes | Telephone Number: 813-285-1530 |

**Witness**

| Witness Signature | Printed Name: Donna J. Boullard | Telephone Number: |

*Send sample to Quest Diagnostics via Federal Express or lab courier same day or no later than the next business day.*

Upon completion:
(1) Send BAT & CCF to MRO: MRO@i3Screen.com or fax 303 595 5263
(2) Send CCF, BAT & This Form to USAMDT: Houston@USAMDT.com or fax 832 572 5588

Employee - You are required to report your injury to your employer within 30 days if your employer has workers' compensation insurance. You have the right to free assistance from the Texas Department of Insurance, Division of Workers' Compensation and may be entitled to certain medical and income benefits. For further information call your local Division field office or 1(800)-252-7031.

Empleado - Es necesario que reporte su lesión a su empleador dentro de 30 días a partir de la fecha en que se lesionó si es que su empleador cuenta con un seguro de compensación para trabajadores. Usted tiene derecho a recibir asistencia gratuita por parte de la División de Compensación para Trabajadores, y también puede tener derecho a ciertos beneficios médicos y monetarios. Para mayor información comuníquese con la oficina local de la División al teléfono 1-800-252-7031.



# TEXAS WORKERS' COMPENSATION WORK STATUS REPORT

## PART I: GENERAL INFORMATION

- **5. Doctor's Name and Degree:** Irene Cornell Ade MD
- **(for transmission purposes only)**
- **Date Being Sent:** 10-17-18
- **1. Injured Employee's Name:** Norberto Atencio
- **6. Clinic/Facility Name:** WEST ISLE URGENT CARE
- **9. Employer's Name:** Ports America
- **2. Date of Injury:** 10-15-18
- **3. Social Security Number (last 4):** xxx-xx-
- **7. Clinic/Facility/Doctor Phone & Fax:** 409-744-9800 PH  409-744-8844 FAX
- **10. Employer's Fax # or Email Address (if known):**
- **4. Employee's Description of Injury/Accident:** (R) knee sprain
- **8. Clinic/Facility/Doctor Address (street address):** 2027 61ST STREET STE B
- **City:** GALVESTON  **State:** TX  **Zip:** 77551
- **11. Insurance Carrier:** Ports Ins.
- **12. Carrier's Fax # or Email Address (if known):**

## PART II: WORK STATUS INFORMATION (FULLY COMPLETE ONE INCLUDING ESTIMATED DATES AND DESCRIPTION IN 13(c) AS APPLICABLE)

13. The injured employee's medical condition resulting from the workers' compensation injury:

- [ ] (a) will allow the employee to return to work as of _____ (date) **without restrictions**.
- [x] (b) will allow the employee to return to work as of _____ (date) **with the restrictions** identified in PART III, which are expected to last through _____ (date).
- [ ] (c) has prevented and still prevents the employee from returning to work as of _____ (date) and is expected to continue through _____ (date).

The following describes how this injury prevents the employee from returning to work:

## PART III: ACTIVITY RESTRICTIONS* (ONLY COMPLETE IF BOX 13(b) IS CHECKED)

### 14. POSTURE RESTRICTIONS (if any):
Max Hours per day: 0 2 4 6 8 / Other
- Standing: [x] at 2
- Sitting: [x] at 8
- Kneeling/Squatting: [x] at 0
- Bending/Stooping: [x] at 0
- Pushing/Pulling: [x] at 6
- Twisting: [ ]
- Other: [ ]

### 15. RESTRICTIONS SPECIFIC TO (if applicable):
- [ ] Left Hand/Wrist
- [ ] Right Hand/Wrist
- [ ] Left Arm
- [ ] Right Arm
- [ ] Neck
- [ ] Left Leg
- [ ] Right Leg
- [ ] Back
- [ ] Left Foot/Ankle
- [ ] Right Foot/Ankle
- Other:

### 16. OTHER RESTRICTIONS (if any): Right Knee

### 17. MOTION RESTRICTIONS (if any):
Max Hours per day: 0 2 4 6 8 / Other
- Walking: [x] at 2
- Climbing stairs/ladders: [x] at 0
- Grasping/Squeezing: [x] at 8
- Wrist flexion/extension: [x] at 8
- Reaching: [x] at 8
- Overhead Reaching: [x] at 8
- Keyboarding: [ ]
- Other:

### 18. LIFT/CARRY RESTRICTIONS (if any):
- [ ] May not lift/carry objects more than ___ lbs. for more than ___ hours per day
- [ ] May not perform any lifting/carrying
- Other:

### 19. MISC. RESTRICTIONS (if any):
- [ ] Max hours per day of work: ___
- [x] Sit/Stretch breaks of 5min per 2 hrs.
- [ ] Must wear splint/cast at work
- [ ] Must use crutches at all times
- [ ] No driving/operating heavy equipment
- [ ] Can only drive automatic transmission
- [ ] No work / ___ hours/day work:
  - [ ] in extreme hot/cold environments
  - [ ] at heights or on scaffolding
- [x] Must keep (R) knee [x] elevated  [ ] clean & dry
- [ ] No skin contact with: ___
- [ ] Dressing changes necessary at work
- [ ] No running

### 20. MEDICATION RESTRICTIONS (if any):
- [x] Must take prescription medication(s)
- [ ] Advised to take over-the-counter meds
- [ ] Medication may make drowsy (possible safety/driving issues)

*These restrictions are based on the doctor's best understanding of the employee's essential job functions. If a particular restriction does not apply, it should be disregarded. If modified duty that meets these restrictions is not available, the patient should be considered to be off work. Note - these restrictions should be followed outside of work as well as at work.

## PART IV: TREATMENT/FOLLOW-UP APPOINTMENT INFORMATION

- **21. Work Injury Diagnosis Information:** (R) Knee Sprain
- **22. Expected Follow-up Services Include:**
  - [x] Evaluation by the treating doctor on 10/20/18 (date) at 8am : __ am/pm
  - [ ] Referral to/Consult with ___ on ___ (date) at __ : __ am/pm
  - [ ] Physical medicine ___ X per week for ___ weeks starting on ___ (date) at __ : __ am/pm
  - [ ] Special studies (list): ___ on ___ (date) at __ : __ am/pm
  - [ ] None. This is the last scheduled visit for this problem. At this time, no further medical care is anticipated.

- **Date / Time of Visit:**
- **Discharge Time:**
- **EMPLOYEE'S SIGNATURE:**
- **DOCTOR'S SIGNATURE:** (signed)
- **Visit Type:**
  - [ ] Initial
  - [x] Follow-up
- **Role of Doctor:**
  - [ ] Designated doctor
  - [x] Treating doctor
  - [ ] Referral doctor
  - [ ] Consulting doctor
  - [ ] Carrier-selected RME
  - [ ] DWC-selected RME
  - [ ] Other doctor



DWC FORM-73 (Rev. 02/11) Page 1                                DIVISION OF WORKERS' COMPENSATION

# TEXAS WORKERS' COMPENSATION WORK STATUS R___OR

## PART I: GENERAL INFORMATION

**5. Doctor's Name and Degree:** Irene Cornell Ade MD 

**Date Being Sent:** 10-17-18

**1. Injured Employee's Name:** Norberto Atencio

**6. Clinic/Facility Name:** WEST ISLE URGENT CARE

**9. Employer's Name:** Ports America

**2. Date of Injury:** 10-15-18

**3. Social Security Number (last 4):** xxx-xx-

**7. Clinic/Facility/Doctor Phone & Fax:** 409-744-9800 PH  409-744-8844 FAX

**10. Employer's Fax # or Email Address (if known):**

**4. Employee's Description of Injury/Accident:** (R) knee sprain

**8. Clinic/Facility/Doctor Address (street address):** 2027 61ST STREET STE B
**City:** GALVESTON  **State:** TX  **Zip:** 77551

**11. Insurance Carrier:** Ports Ins.

**12. Carrier's Fax # or Email Address (if known):**

## PART II: WORK STATUS INFORMATION (FULLY COMPLETE ONE INCLUDING ESTIMATED DATES AND DESCRIPTION IN 13(c) AS APPLICABLE)

13. The injured employee's medical condition resulting from the workers' compensation injury

- [ ] (a) will allow the employee to return to work as of _____ (date) **without restrictions**
- [x] (b) will allow the employee to return to work as of _____ (date) **with the restrictions** identified in PART III through _____ (date).
- [ ] (c) has prevented and still prevents the employee from returning to work as of _____ (date) and is expected to cont

The following describes how this injury prevents the employee from returning to work:

## PART III: ACTIVITY RESTRICTIONS* (ONLY COMPLETE IF BOX 13(b) IS CHECKED)

**14. POSTURE RESTRICTIONS (if any):** Max Hours per day: 0 2 4 6 8 / Other
- Standing: [2]
- Sitting: [8]
- Kneeling/Squatting: [0]
- Bending/Stooping: [2]
- Pushing/Pulling: [8]
- Twisting: [ ]
- Other: 

**15. RESTRICTIONS SPECIFIC TO (if applicable):**
- [ ] Left Hand/Wrist
- [ ] Right Hand/Wrist
- [ ] Left Arm
- [ ] Right Arm
- [ ] Neck
- [ ] Left Leg
- [ ] Right Leg
- [ ] Back
- [ ] Left Foot/Ankle
- [ ] Right Foot/Ankle

Other:

**16. OTHER RESTRICTIONS (if any):** Right Knee

**17. MOTION RESTRICTIONS (if any):** Max Hours per day: 0 2 4 6 8 / Other
- Walking: [2]
- Climbing stairs/ladders: [0]
- Grasping/Squeezing: [ ]
- Wrist flexion/extension: [8]
- Reaching: [8]
- Overhead Reaching: [8]
- Keyboarding: [ ]
- Other:

**18. LIFT/CARRY RESTRICTIONS (if any):**
- [ ] May not lift/carry objects more than ___ lbs. for more than ___ hours per day
- [ ] May not perform any lifting/carrying

Other:

**19. MISC. RESTRICTIONS (if any):**
- [ ] Max hours per day of work: ___
- [x] Sit/Stretch breaks of __ per 2 hrs
- [ ] Must wear splint/cast at work
- [ ] Must use crutches at all times
- [ ] No driving/operating heavy equipment
- [ ] Can only drive automatic transmission
- [ ] No work / ___ hours/day work:
  - [ ] in extreme hot/cold environments
  - [ ] at heights or on scaffolding
- [x] Must keep (R) knee elevated [ ] clean & 
- [ ] No skin contact with: ___
- [ ] Dressing changes necessary at work
- [ ] No running

**20. MEDICATION RESTRICTIONS (if any):**
- [x] Must take prescription medication(s)
- [ ] Advised to take over-the-counter meds
- [ ] Medication may make drowsy (possible safety/driving issues)

*These restrictions are based on the doctor's best understanding of the employee's essential job functions. If a particular restriction does not apply, it should be disregarded. If modified duty th meets these restrictions is not available, the patient should be considered to be off work. Note - these restrictions should be followed outside of work as well as at work.

## PART IV: TREATMENT/FOLLOW-UP APPOINTMENT INFORMATION

**21. Work Injury Diagnosis Information:** (R) Knee Sprain

**22. Expected Follow-up Services Include:**
- [x] Evaluation by the treating doctor on 10/20/18 (date) at 8am : 11a am/pm
- [ ] Referral to/Consult with ___ on ___ (date) at ___ : ___ am/pm
- [ ] Physical medicine ___ X per week for ___ weeks starting on ___ (date) at ___ : ___ am/p
- [ ] Special studies (list): ___ on ___ (date) at ___ : ___ am/
- [ ] None. This is the last scheduled visit for this problem. At this time, no further medical care is anticipated.

**Date / Time of Visit:** 
**Discharge Time:**
**EMPLOYEE'S SIGNATURE:**
**DOCTOR'S SIGNATURE:**
**Visit Type:**
- [ ] Initial
- [x] Follow-up

**Role of Doctor:**
- [ ] Designated doctor
- [x] Treating doctor
- [ ] Referral doctor
- [ ] Consulting doctor

- [ ] Carrier-selected RME
- [ ] DWC-selected RME
- [ ] Other doctor